SD03 (Rev. 9/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
OF COURT

2024 JUN 11  PM 12: 05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

KEITH LITTLE

(Enter above the full name of the plaintiff in this action)

v.

OHIOHEALTH

RUTH HOLZAPEL

:
:
:
:
:
:

(Enter the above full name of the defendant or defendants in this action)

**2:24 CV 3 1 9 6**

Case No. _____

**JUDGE  SARGUS**

COMPLAINT UNDER
42 U.S.C. 2000e-5(f)(1)

**MAGISTRATE JUDGE  VASCURA**

## I.    Parties

(In item A below, place your name in the first blank and place your present address and telephone number (or telephone number where you can be reached) where indicated in the following blanks.)

A.    Name of Plaintiff  KEITH LITTLE

Address    257 BARCELONA AVE, WESTERVILLE OH 43081

Telephone No.  614-403-9346

Under 42 U.S.C. 2000e-5(f)(1) suit may only be "brought against the respondent named in the charge" of unlawful employment practice you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunity Commission. ATTACH A COPY OF THE CHARGE YOU FILED WITH THE OHIO CIVIL RIGHTS COMMISSION AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION TO THIS COMPLAINT. In item B below list the name and address of the employer against whom you filed the charge. In item C below, list the name and address of any other person(s) you named in the charge you filed with the Ohio Civil Rights Commission and/or the Equal Employment Opportunities Commission.

B.    Defendant  OHIOHEALTH
             (As named in the attached charge)
Address    180 EAST BROAD STREET

             COLUMBUS, OHIO 43215

-1-

C.     Additional defendants (as named in the attached charge):

RUTH HOLZAPFEL

5829 BLENDON PLACE DRIVE 10E

COLUMBUS, OH 43230

## II.     The Court has jurisdiction under 42 U.S.C. §2000e-5(f)(1).

A.     The date the notice of right to sue was issued by the Equal Employment Opportunity commission was 03/13/2024.

B.     The date you received the notice of right to sue was 03/13/2024.

C.     ATTACH A COPY OF THE NOTICE OF RIGHT TO SUE TO THIS COMPLAINT.

## III.     Statement of Claim

The Equal Employment Opportunities Act provides, in part, that

(a)     it shall be an unlawful employment practice for an employer --

(1)     to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin.

42 U.S.C. §2000e-2(a)(1). Other unlawful employment practices are set out in 42 U.S.C. §2000e-2(a) through (d).

State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

1.  Starting in 2018 Ruth Holzapel has continued to interfere with my duties in the lab at Ohiohealth by leaving me work that is supposed to finished by her; thus, excerbating my service connected anxiety.

2. Ruth Holzapfel harrassed me by mocking me while in the course of performing my lab duties(11/4/23)

3. Although I am disabled, in 2022 I was forced to work alone 100% of the time for approx 5+ months

4. Starting in 2018 the employer made false statements to the BWC in order to reduce my benefits.

5. (2) minority coworkers Ahlam El Haouzi, Adiza Amadou resigned due to a toxic work enviroment

6. Without my knowledge a Corrective Action was placed in my file by Abbey Morante as retaliation.

7. Christina Van Hoose was given preferential time off scheduling and I was denied similar scheduling.

8. Because Christina Van Hoose is a White female, I was perceived to be dishonest by lab management

9. Due to of my race and gender managers Abbey Morante and Shauna Ulle unjustifiably harrrassed me

10 My managers, mislead lab director's Juanita Swickard and Sandy Hood to give me corrective actions

11. Ruth Holzapfel continuously denied me access to the accomodation seating provided to me by HR.

12. Comments made by Shauna Ulle against me were false and made to infantilized/humiliate me on the

corrective action 3/2/23. The lab director Sandy Hood was present for the proceeding.

13. I was subjected to daily survelliance by my coworker Christina Van Hoose and I felt intimdated.

## IV. Relief

(**State briefly exactly what you want the Court to do for you**. Make no arguments. Cite no cases or statutes.)

Because of the nature of my complaints and my having to have worked under duressing conditions

for several years, I saw no logical course of action but to have resigned my positon effective 6/18/2024.

The physical and psychological effects on me due to my employment at OhioHealth has proven to be

devastating;Thus, I would like the court to award me $650,000 in damages. I would like a jury trial and

investigation of Ohiohealth for knowingly making false reports of the severity of my injury to the BWC

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_6/11/24_____            _____
(Date)                                          (Signature of Plaintiff)